People v Santos (2024 NY Slip Op 04695)

People v Santos

2024 NY Slip Op 04695

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, NOWAK, AND KEANE, JJ.

657 KA 23-01682

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JOEL F. SANTOS, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

D.J. & J.A. CIRANDO, PLLC, SYRACUSE (JOHN A. CIRANDO OF COUNSEL), FOR DEFENDANT-APPELLANT. 
KRISTYNA S. MILLS, DISTRICT ATTORNEY, WATERTOWN (MORGAN R. MAYER OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Jefferson County Court (David A. Renzi, J.), rendered January 4, 2023. The judgment convicted defendant upon a plea of guilty of disseminating indecent material to a minor in the first degree and promoting a sexual performance by a child. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Santos ([appeal No. 1] — AD3d — [Sept. 27, 2024] [4th Dept 2024]).
Entered: September 27, 2024
Ann Dillon Flynn
Clerk of the Court